METZ, Respondent, v. MANHATTAN BEACH BATHING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 19, 1912.) Action by Emma C. Metz against the Manhattan Beach Bathing Company. No opinion. Motion denied, without costs. See, also, 132 N. Y. Supp. 1138.

MEYER v. CRAMER et al. (Supreme Court, Appellate Division, First Department. February 23, 1912.) Action by Anton H. Meyer, as assignee, against George Cramer and others. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

MEYER, Appellant, v. EVANS, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by Arthur W. Meyer against Burdette J. Evans.

PER CURIAM. Judgment and order reversed, with costs, and judgment of City Court affirmed, with costs.

KRUSE, J., dissents, upon the ground stated by the court at Special Term, and, further, that the charge was erroneous.

MEYERS, Respondent, v. NORTH AMERICAN WATCH CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Herman J. Meyers against the North American Watch Company. No opinion. Motion granted, without costs, and order modified, by striking out the provision for a new trial. See, also, 133 N. Y. Supp. 694.

MILLER, Respondent, v. CROSSTOWN ST. RY. CO. OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Eliza J. Miller against the Crosstown Street Railway Company of Buffalo.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., not sitting.

In re MINNESOTA PHONOGRAPH CO. (Supreme Court, Appellate Division, First Department. February 9, 1912.) In the matter of the Minnesota Phonograph Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 132 N. Y. Supp. 1063.

MIXER, Appellant, v. ADAM, Mayor, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by Knowlton Mixer against James N. Adam, as mayor of the city of Buffalo, and others. No opinion. Orders affirmed, with $10 costs and disbursements. See, also, 66 Misc. Rep. 238, 121 N. Y. Supp. 31; 140 App. Div. 919, 125 N. Y. Supp. 1132; 126 N. Y. Supp. 1095.

MOHRMANN, Respondent, v. METROPOLITAN HOTEL SUPPLY CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by William H. Mohrmann, an infant, by Minnie L. Scharff, his guardian ad litem, against the Metropolitan Hotel Supply Company. No opinion. Judgment and order unanimously affirmed, with costs.

MONTAGUE v. FIFTY-FIFTH STREET CO. et al. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Gilbert H. Montague, as receiver, against the Fifty-Fifth Street Company, impleaded with others. No opinion. Judgment affirmed, with costs. Order filed.

MONTAGUE, Appellant, v. LARKIN, Respondent, et al. (Supreme Court, Appellate Division, First Department. March 8, 1912.) Action by Gilbert H. Montague, as receiver, against John Larkin, impleaded with others. J. T. Smith, for appellant. A. S. Andrews, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

MOORE, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Florence E. Moore against the City of New York. No opinion. Order unanimously affirmed, with costs.

MORAN, Appellant, v. DAKE DRUG CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 17, 1912.) Action by Frank Moran against the Dake Drug Company. No opinion. Order affirmed, with costs.

MULLER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John Muller against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 139 App. Div. 934, 124 N. Y. Supp. 1122.

MULQUEEN, Appellant, v. INTERBOROUGH RAPID TRANSIT CO., Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Patrick Mulqueen against the Interborough Rapid Transit Company. C. J. Earley, for appellant. B. H. Ames, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents, on the grounds that the relation of master and servant did not exist at the time of the injury.

MULVEY, Appellant, v. ARCHBOLD-BRADY CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. Jan-